## Commonwealth, Appellant, *v.* Rios.

Argued January 10, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Martin H. Belsky,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Ar-Katz,* and *Donsky, Katz, Levin and Bashman,* for appellee.

*Francis X. Nolan,* with him *Stanley Bashman, Leon Katz,* and *Donsky, Katz, Levin and Bashman,* for appellee.

OPINION PER CURIAM, April 20, 1972:

Appeal dismissed, having been taken from an unappealable Order, see: *Commonwealth v. Haines,* 410 Pa. 601, 190 A. 2d 118 (1963), i.e., an Order directing acquittal of the defendant.